**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 8 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROY B. CONANT,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>KATE BROWN, Governor, State of Oregon; et al.,<br><br>　　　　Defendants-Appellees. | No. 17-35349<br><br>D.C. No. 3:16-cv-02290-HZ<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Marco A. Hernandez, District Judge, Presiding

Submitted June 6, 2018[**]

Before:　　TROTT, SILVERMAN, and TALLMAN, Circuit Judges

　　　Roy B. Conant appeals pro se from the district court's judgment dismissing for lack of standing his 42 U.S.C. § 1983 action challenging various Oregon voting laws. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's standing determination, *Nat'l Council of La Raza v. Cegavske*, 800

---

　　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

　　　[**]　　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.3d 1032, 1039 (9th Cir. 2015), and we affirm.

The district court properly dismissed Conant's action for lack of standing because Conant failed to allege an injury in fact. *See Rubin v. City of Santa Monica*, 308 F.3d 1008, 1020 (9th Cir. 2002) (plaintiff's challenges to state election laws "as a voter and a citizen" did not constitute an injury in fact). "To establish standing, . . . the injury must be more than a generalized grievance common to all members of the public." *Id.*; s*ee also Schlesinger v. Reservists Comm. to Stop the War,* 418 U.S. 208, 216–27, 94 S.Ct. 2925, 41 L.Ed.2d 706 (1974).

We do not consider on appeal any issues not raised before the district court. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**